UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD HARRISON COLGATE, DORIS ANN COLGATE, ESTATE OF DORIS ANN COLGATE,

Plaintiffs,

v.

SUSAN MARIE WILSON,

Defendant.

CASE NO. 2:26-cv-02955-BAT

**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME (DKT. 33)**

The Court **DENIES** *pro se* plaintiff Edward Harrison Colgate's motion for a 90-day extension of time to seek representation because he has failed to show good cause for such an extension. **Dkt. 33**. Mr. Colgate says the challenged activity has taken place over the past 6.5 years and he is only now seeking representation by counsel, after having already attempted to represent himself and others via a 1,697-page complaint. As the master of his complaint, he has had ample time to seek representation for what appears to be a meritless cause of action taking place in the wrong venue and in which there is no personal jurisdiction. *See* Dkt. 31.

DATED this 12th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge